Rossy, Demandante y Apelado, *v.* Fernández, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de honorarios.

Moción del apelado para que se desestime la apelación.

No. 721.—Resuelto en julio 30, 1914.

Desestimación de Apelación—Exposición del Caso Pendiente de Aprobación.—
Cuando, como en el caso de autos, resulta que el tribunal sentenciador ha concedido una prórroga del término para presentar ante dicha corte el proyecto de exposición del caso y se está tramitando la aprobación de dicha exposición, no cabe desestimar la apelación por no haberse radicado en la

Corte Suprema la transcripción de autos dentro del término de treinta días a contar desde la interposición del recurso, ya que entonces dicho término empieza a contarse desde la aprobación de la exposición del caso.

Los hechos están expresados en la opinión.

El apelado compareció en nombre propio.

Abogado de la apelante: *Sr. Luis Samalea Iglesias.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

En el presente caso el apelado solicita la desestimación del recurso por no haberse radicado la transcripción de los autos en la Secretaría de esta Corte Suprema dentro del término de ley.

De las certificaciones y declaraciones juradas de ambas partes, resulta: que en el pleito seguido por Manuel F. Rossy contra Belén Fernández sobre cobro de honorarios, se dictó sentencia en contra de la demandada el 23 de mayo de 1914; que el 22 de junio de 1914 la demandada apeló de la sentencia para ante este Tribunal Supremo; que el 3 de julio de 1914 a las 9 y 35 de la mañana no se había registrado en la secretaría del tribunal sentenciador ningún pliego de excepciones o exposición del caso a los efectos de la apelación interpuesta; que el mismo día, un minuto después, la parte demandada radicó en la secretaría del tribunal sentenciador una petición de prórroga para presentar una exposición del caso y una orden concediendo la prórroga solicitada, y que hasta la fecha, o sea más de un mes después de interpuesta la apelación, no se han elevado los autos a esta Corte Suprema.

El término para presentar en la corte sentenciadora el pliego de excepciones o la exposición del caso, es de diez días, a no ser que sea debidamente prorrogado por la corte. Bien o mal es lo cierto que dicho término fué prorrogado por la corte de distrito, que en la corte de distrito nada ha gestionado el apelado, y que en ella, en la actualidad, se está tramitando la exposición del caso, y cuando existe exposición del caso, el término para elevar los autos a esta Corte Su-

prema, empieza a contarse a partir de la aprobación de dicho documento.

Bajo tales circunstancias, de acuerdo con la jurisprudencia establecida en el caso de *Ciuró* v. *Ciuró*, 19 D. P. R., 1200, debemos concluir que la solicitud de desestimación del recurso es prematura y debe, en tal virtud, declararse sin lugar.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.